IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EDUARDO GOMEZ, GUADALUPE RAMIREZ, ROBERTO DURAN, MICHAEL SHAWN HARRELL<br><br>　　　　　　　Defendant. | 4:24CR3010<br><br>**AMENDED ORDER** |

Defendant Eduardo Gomez has moved to continue the pretrial motion deadline, (Filing No. 54), because Defendant Eduardo Gomez and defense counsel need additional time to fully review the discovery. The motion to continue is unopposed by the government. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

　　1)　Defendant Gomez's motion to continue, (Filing No. 54), is granted.

　　2)　As to all defendants, pretrial motions and briefs shall be filed on or before March 29, 2024.

　　3)　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and March 29, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 8th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge